ORIGINAL

FILED

SEP - 9 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513
5  Trustee for Debtor
6
7
8              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION
10
11 In Re:                          )  Chapter 13
                                   )
12 MARY A BROWN                    )  Case No. 05-52360 MM
                                   )
13                                 )  **NOTICE OF UNCLAIMED DIVIDEND**
                                   )
14            Debtor               )
                                   )
15 ─────────────────────────────── )
16 TO THE CLERK, UNITED STATES BANKRUPTCY COURT:
17     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
   referenced case hereby turns over to the Court, Check # 2454360 for an unclaimed dividend
18 in the amount of $9.91.  The name and address of the claimant entitled to the unclaimed
19 dividend is as follows;
20         MARY A BROWN
           3600 THE BARNYARD STE A21
21         CARMEL, CA  93923
22
23
   Dated:  September 04, 2009          _____
24                                     DEVIN DERHAM-BURK, TRUSTEE
25
26
27
28